```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33482
   RALPH L KELLEY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1136


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/09/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.83%.

     The case was paid in full 11/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
REGENCY SAVINGS BANK      CURRENT MORTG         .00           .00           .00
RESURGENT ACQUISITION LL  UNSECURED         11449.17          .00       1697.57
CAPITAL ONE               UNSECURED         NOT FILED         .00           .00
RESURGENT ACQUISITION LL  UNSECURED          4322.38          .00        640.88
CLIENT SERVICES           UNSECURED         NOT FILED         .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED         13596.09          .00       2015.89
FIRST PREMIER BANK        UNSECURED         NOT FILED         .00           .00
HOME DEPOT                UNSECURED         NOT FILED         .00           .00
RESURGENT ACQUISITION LL  UNSECURED OTH     1388.70           .00        206.21
RESURGENT ACQUISITION LL  UNSECURED         3501.34           .00        519.14
UNIFUND CCR PARTNERS      UNSECURED         13251.08          .00       1964.74
UNIFUND CCR PARTNERS      UNSECURED         10462.71          .00       1551.31
WORLD CREDIT FUND II      UNSECURED         NOT FILED         .00           .00
UNIFUND CCR PARTNERS      UNSECURED          6098.87          .00        904.28
UNIFUND CCR PARTNERS      UNSECURED          8418.59          .00       1248.22
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                         772.26
DEBTOR REFUND             REFUND                                          395.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 14,615.50

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    10,748.24
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            772.26
DEBTOR REFUND                                   395.00
                                            ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33482 RALPH L KELLEY
```

```
TOTALS                                  14,615.50           14,615.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/28/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```